UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH WILLIAMS, #327008,
a/k/a "Kenneth Terrell Beard Bey ©,"

       Plaintiff,

                                         File No:  1:13-CV-444

v.

                                         HON. ROBERT HOLMES BELL

RICHARD DAVENPORT, et al.,

       Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

On February 24, 2014, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff's claim against Defendant Sivec be dismissed under 28 U.S.C. §§ 1915A(b) and 1915(e)(2)(B) because Plaintiff's complaint fails to allege sufficient facts to state a claim against Ms. Sivec.  (Dkt. No. 66, R&R.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the February 24, 2014, R&R (Dkt. No. 66) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claim against Defendant Sivec is **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendant Sivec's motion for summary judgment (ECF No. 18) is **DENIED AS MOOT**.


Dated: July 14, 2014                                  /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE